IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TEXTRON FINANCIAL CORPORATION | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 5:09cv00149  SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| ROGER CHILDRESS d/b/a ARKLA SALES | * | |
| and ROGER CHILDRESS, Individually, | * | |
| | * | |
| Defendants. | * | |

## CONSENT ORDER

The Defendants Roger Childress d/b/a Arkla Sales and Roger Childress, individually, having agreed that the temporary restraining order issued on May 29, 2009, and extended by consent of the parties on June 11, 2009, be further extended for a period of thirty (30) days from July 13, 2009, the date on which the temporary restraining order, as extended, is to expire.

The Defendants Roger Childress d/b/a Arkla Sales and Roger Childress, individually, having also agreed to the issuance by the Court of an Order for the Immediate Delivery of the following items of Plaintiff's collateral:

| **Manufacturer** | **Serial Number** |
|---|---|
| Monosem 12 x 2 | 09A756 |
| Akron E180TH | 80214097 |
| Akron E180TH | 80244097 |

It is ORDERED that the temporary restraining order is hereby extended to and including August 12, 2009, and that the Plaintiff's Motion for a Preliminary Injunction, originally set down

for hearing on June 11, 2009, and rescheduled for hearing on July 13, 2009, is postponed and will be rescheduled before the expiration of the thirty (30) day extension.

It is FURTHER ORDERED that Defendants Roger Childress d/b/a Arkla Sales and Roger Childress, individually, upon demand therefor by Plaintiff, immediately deliver unto Plaintiff possession of Plaintiff's collateral described above.

ISSUED this 9th day of July, 2009 at 3:40 p.m.

/s/Susan Webber Wright
United States District Judge

APPROVED AS TO FORM AND CONTENT:

By: /s/ Glenn E. Borkowski
Glenn E. Borkowski Ark. Bar. No. 97089
Kutak Rock LLP
124 West Capitol Ave.
Suite 2000
Little Rock, AR 72201
(501) 975-3107
(501) 975-3001 (Facsimile)

ATTORNEY FOR PLAINTIFF

By /s/ J. Paul Davidson
J. Paul Davidson Ark. Bar. No.2006291
Davidson Law Firm, Ltd.
P.O. Box 1300
Little Rock, AR 72203
(501) 320-5103
(501) 374-5917 (Facsimile)

ATTORNEY FOR DEFENDANT